NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DORIS ORTIZ., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF MEDICINE & DENTISTRY OF NEW JERSEY, <br><br> Defendant. | Civil Action No.: 08-2669 (JLL) <br><br> **O R D E R** |

**LINARES, District Judge.**

This matter comes before the Court upon the Report and Recommendation [CM/ECF #15] of the Honorable Mark Falk, U.S.M.J., regarding the motion to remand [CM/ECF #6] filed by Plaintiff Doris Ortiz ("Plaintiff" or "Ortiz"). No oral argument was heard. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 18th day of March, 2009,

**ORDERED** that the Report and Recommendation is ADOPTED.

José L. Linares
United States District Judge

1